| Fill in this information to identify your case: |
|---|

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____   Chapter **11**

☐ Check if this an amended filing

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy 04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  
First to the Finish Kim and Mike Viano Sports Inc.

**2. All other names debtor used in the last 8 years**  
Include any assumed names, trade names and *doing business as* names  
Sportwide FTTF.com

**3. Debtor's federal Employer Identification Number** (EIN)  
36-3630803

**4. Debtor's address**

Principal place of business

**2341 Plum Street**
**Edwardsville, IL 62025**
Number, Street, City, State & ZIP Code

**Madison**
County

Mailing address, if different from principal place of business

_____
P.O. Box, Number, Street, City, State & ZIP Code

Location of principal assets, if different from principal place of business

_____
Number, Street, City, State & ZIP Code

**5. Debtor's website** (URL)  
fttf.com

**6. Type of debtor**  
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
☐ Partnership (excluding LLP)  
☐ Other. Specify: _____

Debtor **First to the Finish Kim and Mike Viano Sports Inc.**      Case number (*if known*) _____
     Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   **4511**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check **all** that apply*:
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ■ No.
- ☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

- ■ No
- ☐ Yes.

Debtor _____ Relationship _____
District _____ When _____ Case number, if known _____

Debtor   **First to the Finish Kim and Mike Viano Sports Inc.**                Case number (*if known*) _____
      Name

**11. Why is the case filed in *this district?***   *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

- ☐ No
- ☐ Yes. Insurance agency _____
  Contact name _____
  Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*

- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **First to the Finish Kim and Mike Viano Sports Inc.**     Case number (*if known*) _____
   Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **October 7, 2020**
                            MM / DD / YYYY

X **/s/ Mike Viano**                                                  **Mike Viano**
Signature of authorized representative of debtor          Printed name

Title   **President**

**18. Signature of attorney**

X **/s/ Robert E. Eggmann**                                 Date **October 7, 2020**
Signature of attorney for debtor                                       MM / DD / YYYY

**Robert E. Eggmann 6203021**
Printed name

**Carmody MacDonald P.C.**
Firm name

**120 S. Central Ave., Suite 1800**
**Saint Louis, MO 63105**
Number, Street, City, State & ZIP Code

Contact phone  **314-854-8600**      Email address  **ree@carmodymacdonald.com**

**6203021 IL**
Bar number and State

Fill in this information to identify the case:

Debtor name: **First to the Finish Kim and Mike Viano Sports Inc.**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF ILLINOIS**

Case number (if known):

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Amount of claim — Deduction for value of collateral or setoff | Amount of claim — Unsecured claim |
|---|---|---|---|---|---|---|
| A4<br>c/o Wells Fargo Trade Capital<br>Box 911794<br>Denver, CO 80291 | | | | | | $12,461.02 |
| Alpha/Broder/Nes/Imprints<br>23591 Network Place<br>Chicago, IL 60673 | | | | | | $73,046.41 |
| Aluminum Athletic Equipment Company<br>1000 Enterprise Drive<br>Royersford, PA 19468 | | | | | | $48,992.50 |
| Bank of Sprigfield Wabash<br>3400 Wabash Ave.<br>P.O. Box 19301<br>Springfield, IL 62794-9301 | | | | $690,314.00 | $0.00 | $690,314.00 |
| Bettertimes<br>13060 E. Firestone Blvd.<br>Santa Fe Springs, CA 90670 | | | | | | $5,381.86 |
| BJ's Printables, Inc.<br>1501 Troy Rd., Ste. B<br>Edwardsville, IL 62025 | | | | | | $17,519.10 |
| Gator Blanks LLC<br>801 Francis St.<br>Waycross, GA 31502 | | | | | | $3,794.00 |

Debtor **First to the Finish Kim and Mike Viano Sports Inc.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Hess Print Solutions** 450 Fame Ave. Hanover, PA 17331 | | | | | | $9,148.13 |
| **Illinois Department of Revenue Bankruptcy Unit** PO Box 19035 Springfield, IL 62794-9035 | | | | | | $20,613.10 |
| **Implus Footcare, LLC** P.O. Box 679394 Dallas, TX 75267 | | | | | | $4,599.78 |
| **Internal Revenue Service Attention: Bankruptcy Unit** P.O. Box 21126 Philadelphia, PA 19114-0326 | | | | | | $31,077.15 |
| **Midstates Group** P.O. Box 940 Aberdeen, SD 57401 | | | | | | $61,046.38 |
| **Motion Picture Blanks, Inc.** 2608 Broken Arrow St. Kingman, AZ 86401 | | | | | | $13,476.60 |
| **Pitney Bowes Global Financial Svcs, LLC** P.O. Box 371887 Pittsburgh, PA 15250 | | | | | | $2,470.22 |
| **Tandem Sport** 440 Baxter Ave. Louisville, KY 40204 | | | | | | $5,680.40 |
| **United Parcel Service** Lockbox 577 Carol Stream, IL 60132 | | | | | | $5,084.03 |
| **United Parcel Service** Lockbox 577 Carol Stream, IL 60132 | | | | | | $2,514.15 |
| **United Parcel Service** Lockbox 577 Carol Stream, IL 60132 | | | | | | $23,365.84 |

Debtor  **First to the Finish Kim and Mike Viano Sports Inc.**　　　　Case number *(if known)*
　　　　Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **UPS Freight<br>28013 Network Place<br>Chicago, IL 60673-1280** | | | | | | $2,565.66 |

# United States Bankruptcy Court
## Southern District of Illinois

In re    **First to the Finish Kim and Mike Viano Sports Inc.**        Case No.                   
                                                 Debtor(s)          Chapter     **11**

## VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge and that it corresponds to the creditors listed in our schedules.

Date:    **October 7, 2020**                      **/s/ Mike Viano**
                                                                        **Mike Viano**/**President**
                                                                        Signer/Title

A4
c/o Wells Fargo Trade Capital
Box 911794
Denver, CO 80291


Alpha/Broder/Nes/Imprints
23591 Network Place
Chicago, IL 60673


Aluminum Athletic Equipment Company
1000 Enterprise Drive
Royersford, PA 19468


Bank of Sprigfield
Wabash
3400 Wabash Ave.
P.O. Box 19301
Springfield, IL 62794-9301


Bettertimes
13060 E. Firestone Blvd.
Santa Fe Springs, CA 90670


BJ's Printables, Inc.
1501 Troy Rd., Ste. B
Edwardsville, IL 62025


Gator Blanks LLC
801 Francis St.
Waycross, GA 31502


Great America Financial Services
P.O. Box 660831
Dallas, TX 75266-0831


Hess Print Solutions
450 Fame Ave.
Hanover, PA 17331


Illinois Department of Revenue
Bankruptcy Unit
PO Box 19035
Springfield, IL 62794-9035

Implus Footcare, LLC
P.O. Box 679394
Dallas, TX 75267


Internal Revenue Service
Attention: Bankruptcy Unit
P.O. Box 21126
Philadelphia, PA 19114-0326


Leaf
2005 Market Street
14th Floor
Philadelphia, PA 19103


Lien to Warehouse 2


Midstates Group
P.O. Box 940
Aberdeen, SD 57401


Motion Picture Blanks, Inc.
2608 Broken Arrow St.
Kingman, AZ 86401


Pitney Bowes


Pitney Bowes Global Financial Svcs, LLC
P.O. Box 371887
Pittsburgh, PA 15250


Tandem Sport
440 Baxter Ave.
Louisville, KY 40204


United Parcel Service
Lockbox 577
Carol Stream, IL 60132


UPS Freight
28013 Network Place
Chicago, IL 60673-1280